IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. |
| | ) | 14-00193-02-CR-W-DGK |
| MARY E. LESTER, | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

On July 14, 2015, United States Magistrate Judge John T. Maughmer ordered Defendant to undergo a psychiatric or psychological examination (Doc. 61). Defendant was examined by Dr. David Szyhowski, who prepared a report dated October 6, 2015. A competency hearing was held before Judge John T. Maughmer on November 17, 2015.

On November 17, 2015, Judge Maughmer entered a "Report and Recommendation," recommending that Defendant be declared competent to stand trial. No objections were filed by the parties. Therefore, after making an independent, de novo review of the record and applicable law, it is

ORDERED that the "Report and Recommendation" of Magistrate Judge Maughmer is adopted in its entirety. This Court finds that Defendant is competent to understand the nature and consequences of the proceedings against her, to assist properly in her defense, and to stand trial.

        /s/ Greg Kays
        GREG KAYS, CHIEF JUDGE
        UNITED STATES DISTRICT COURT

Date: December 3, 2015